# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KING CHUEN TANG,<br><br>　　　　Defendant. | Case No.:  CR 10-0080 JSW<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE SENTENCING HEARING** |

　　　In this matter, defendant Tang has entered a guilty plea pursuant to a plea agreement with the government and pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). Defendant Tang currently has a sentencing date of January 31, 2013, at 2:00 p.m.

　　　The parties, including the Probation Office, require additional time to consider matters related to the Presentence Report and prior to the filing of any sentencing memoranda.  The additional time will allow for the parties to accomplish this task and resolve any issues before a sentencing hearing takes place.

As such, the parties stipulate and request that the Court vacate the current sentencing hearing date of January 31, 2013, and continue the sentencing hearing to February 7, 2013, at 2:00 p.m.

The Court also appears to be available on the suggested date based on a review of the Court's available dates on the Court's website.

SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: January 15, 2013          _____/s/_____
JONATHAN SCHMIDT
Assistant United States Attorney

Dated: January 15, 2013          _____/s/_____
EDWIN PRATHER
Attorney for Defendant
KING CHUEN TANG

# [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, Mr. Tang's sentencing hearing is hereby continued until February 7, 2013, at 2:00 p.m.

IT IS SO ORDERED.

Dated: January 15, 2013          _____
HON. JEFFREY S. WHITE
U.S. DISTRICT JUDGE